IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN J. SHEEHAN; MARGARET SHEEHAN,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE, a Nevada corporation; NOMAS CORP., a Nevada corporation; JOHN DOES 1-50; JANE DOES 1-50; DOE AFFILIATES 1-50; DOE ENTITIES 1-50,<br><br>      Defendants. | CV 10-00695 SOM-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 27, 2011, and the parties stating that they have no objections,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 23, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

John J. Sheehan, et al., v. Centex Homes; Civ. 10-00695 SOM/RLP
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION